IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON
DIVISION THREE

| | | |
|---|---|---|
| STATE OF WASHINGTON, | ) | No. 37294-4-III |
| | ) | (consolidated with |
| Respondent, | ) | No. 37295-2-III) |
| | ) | |
| v. | ) | UNPUBLISHED OPINION |
| | ) | |
| DONALD PHILLIP ENGLE, | ) | |
| | ) | |
| Appellant. | ) | |

LAWRENCE-BERREY, J. — Donald Engle appeals his two convictions for unlawful possession of a controlled substance. We accept the State's concession that both convictions must be vacated in accordance with *State v. Blake*, 197 Wn.2d 170, 186, 481 P.3d 521 (2021), and we remand for that purpose.

A majority of the panel has determined this opinion will not be printed in the Washington Appellate Reports, but it will be filed for public record pursuant to RCW 2.06.040.

_____
Lawrence-Berrey, J.

WE CONCUR:

_____
Siddoway, A.C.J.

_____
Fearing, J.